UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIDA FARM BUREAU CASUALTY CO.,

    Plaintiff,

v.                                       CASE NO: 8:06-cv-2307-T-23MAP

FORD MOTOR COMPANY, INC.,

    Defendant.
_____/

## **ORDER**

    The plaintiff advises the court (Doc. 9) that this matter is completely settled. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on April 23, 2007.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy